IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN AMBELANG,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-590-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding counsel for plaintiff Bryan Ambelang attorney fees in the amount of $10,574.41 under 42 U.S.C. § 406(b)(1).

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

9/07/2018
Date